AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas ▾

United States Courts
Southern District of Texas
FILED

*June 15, 2026*

| | | |
|---|---|---|
| United States of America | ) | Nathan Ochsner, Clerk of Court |
| v. | ) | |
| Larry Zavon Hill | ) | Case No.  **3:26-MJ-0023** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ January 5-28, 2025 _____ in the county of _____ Galveston _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591 | Sex Trafficking of Children |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Brianna Reese*
_____
*Complainant's signature*

Brianna Reese, FBI Special Agent
_____
*Printed name and title*

Sworn to before me telephonically.

Date: _____ 06/15/2026 _____

_____
*Judge's signature*

City and state: _____ ~~Galveston, Texas~~ *Bend, OR* _____

Andrew M. Edison, United States Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

**IN THE MATTER OF:**                §
Larry Zavon Hill                     §        Case No. **3:26-MJ-0023**

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, Brianna Reese, being duly sworn, deposes and states:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since October 2022. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the FBI Houston Human Trafficking Task Force (HTTF) and investigate a variety of human trafficking matters to include Violent Crimes Against Children (VCAC). Prior to this assignment, I was a Special Agent of the United States Secret Service since 2019. I have been trained in the preparation, presentation, and service of criminal arrest and search warrants and have been involved in the investigation of offenses against the United States to include violent crimes against children and human trafficking offenses.

2.  I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256.

3.  This Affidavit is made in support of a criminal complaint charging Larry Hill with violating Title 18, United States Code, Section 1591- Sex trafficking of children.

4.  I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving sex trafficking.

5.  Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish

probable cause that evidence of a violation of Title 18, United States Code, Section 1591-Sex trafficking of children has been committed by Larry Zavon Hill on or around January 5 - January 28, 2025. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

6. On or about May 8, 2026, I received information regarding a minor victim[1] *(hereafter, referred to as "MV")* who was recovered in a human trafficking operation in Galveston, Texas on January 28, 2025, by Texas Department of Public Safety (DPS).

7. I learned that the identified subject in the investigation was Larry Hill (DOB: 12/21/1998). HILL is currently in custody in Galveston County on several child sex trafficking charges. I am familiar with HILL from a separate FBI human trafficking investigation in Houston, Texas in which HILL was identified as a main subject.

8. On June 10, 2026, I spoke with DPS Special Agent Randy Peck pertaining to the juvenile recovery in Galveston, TX. SA Peck provided me with several DPS reports pertaining to the Galveston, Texas human trafficking investigation. I reviewed the reports and have gathered the following pertinent information.

9. On January 28, 2025, TX DPS conducted a multi-agency human trafficking operation specifically focused on the recovery of human sex trafficking victims. The operation was located at the SpringHill Suites Hotel which is located at 13202 Outlets Boulevard, Texas City, Galveston County, Texas 77591. A Houston Police Department VICE Undercover Detective *(hereafter, referred to as "UC")* participated in the operation. The undercover detective located a sex advertisement posted online and established communication with the phone number listed on the advertisement.

10. That same day, at approximately 5:00 PM CST, the exterior surveillance team observed a black Nissan Altima drop off a black female, who later was identified as MV. MV was dropped off at the Tanger Outlet Mall parking lot which is directly across the street from the SpringHill Suites. MV walked from the parking lot, across the street, and into the parking lot of the SpringHill Suites Hotel.

11. The surveillance team observed the black Nissan Altima depart the area of the operation; However, no license plate was able to be identified, and due to traffic conditions, the Nissan

---

[1] The minor victim's identity is known to law enforcement but is not being disclosed at this time for confidentiality purposes.

Altima could not be located.

12.   At approximately 5:14 p.m., MV knocked on the UC's room (#403), and entered. The UC's Room was equipped with audio and visual recording. Once inside Room 403, MV agreed to perform sex acts on UC in exchange for US currency.

13.   The arrest team then entered Room 403 and safely recovered MV. MV was escorted to a separate designated interview room. Law enforcement then positively identified MV as a 16-year-old missing juvenile from Houston, Texas.

14.   MV's cellphone was seized and DPS obtained a search warrant for the device. The phone was forensically extracted by Brazoria County Sheriff's Office (BCSO) who advised the phone contained Child Sexual Abuse Material (CSAM). The forensic extraction was reviewed by DPS agents. The following is a summary of evidentiary information found on the device.

15.   DPS agents observed MV performing sexual acts on an unidentified black male(s) along with nude photographs of MV. DPS agents found the same photographs posted on the commercial sex advertisements depicting MV on the device.

16.   DPS agents identified telephone number, 916-210-9866, which was saved in MV's phone as "Lucky"[2] to have a high volume of recent text and calls with MV. DPS agents conducted a law enforcement database search for telephone number x9866 which resolved to a Verizon Wireless subscriber, Larry Z. Hill.

17.   DPS agents searched telephone number x9866 through the TX DPS Driver License Database and found the Larry Zavon Hill utilized the same telephone number as his contact number on a 2024 Driver's License Application. DPS agents also found his documented aliases of: "Lucky" and "Lucky Larry".

18.   During the review of MV's phone, DPS agents found several messages between HILL and MV. The messages appear to start on January 5, 2025.

19.   The messages below were reviewed from January 11, 2025.

---

[2] I know based on an FBI Houston sex trafficking investigation that one of HILL's aliases is "Lucky".

| | |
|---|---|
| HILL | Baby you need to at least see 1 person before you leave the Blade[3] |
| MV | It's so cold I can't even move but yk[4] what ok |

20.    The  messages below were reviewed from January 12, 2025:

| | |
|---|---|
| MV | We need condoms too |
| HILL | I already know baby I'm almost done with this |
| MV | 9610 W. Sam Houston Parkway, Houston, Texas 77009[5] |
| MV | 106 |
| HILL | Bet just come outside when your done |
| MV | Ok daddy |
| HILL | I'm already here |
| MV | How |
| HILL | I don't play when it comes to outcalls[6] |

21.    The messages below were reviewed from January 19, 2025:

| | |
|---|---|
| MV | My regular otw[7] |
| HILL | $runthefunds25 [8] |
| MV | Ok thank u |
| HILL | Of course baby |

---

[3] Based on training and experience, I know the "Blade" is referring to an area where a high volume of prostitution occurs.

[4] Based on training and experience, I know "yk" is an abbreviation for "you know".

[5] This address resolves to the Scottish Inn & Suites which is near the Houston "Blade".

[6] Based on training and experience, I know an "outcall" refers to when a victim is transported by a trafficker or sent on their own to an outside location to engage in commercial sex acts.

[7] Based on training and experience, I know "otw" is an abbreviation for on the way.

[8] Based on training and experience, I know this is a cash app tag which is used to receive and send money from an electronic device.

| MV | He jus wants head 120$[9] |
|---|---|
| MV | At the room |
| MV | He laughed at ur cashapp name |
| HILL | Make sure he sends it before anything |
| MV | Got it |
| HILL | Got it |

22.      The messages below were exchanged later in the day on January 19, 2025.

| MV | Im going to the er |
|---|---|
| HILL | Like what ER? Who taking you? |
| MV | Because I'm in pain idk if I can even whit any longer |
| MV | Imma have a trick[10] or something |

23.      The messages below were reviewed from January 21, 2025.

| MV | Its too cold daddy |
|---|---|
| MV | And it's dry fr can we hit the net |
| MV | I can't do it im sorry |
| MV | It's damn near snowing |
| MV | Nobody is onna road because of the weather rn daddy |
| HILL | Stay down for a little bit. Let's see how it goes |
| MV | Bruh |

---

[9] Based on training and experience, I know "head" is slang for oral sex.
[10] Based on training and experience, I know a "trick" is a slang term referencing a commercial sex buyer.

| MV | Its so dry its not worth getting dawg ass sick |
|---|---|
| MV | So can u come get me pls |
| HILL | You have to get used to this baby. You was drinking so you can stay warm |
| HILL | Send me the photos for your ad |
| MV | I cant even move to send pictures rn pls come get me |

24.    The messages below were reviewed from January 21, 2025.

| HILL | 5043881660 |
|---|---|
| HILL | "FT[11] this number" and verify him [12] |
| MV | ok |

25.    The messages below were reviewed from January 22, 2025. Based on training and experience, these messages show HILL has sent MV multiple numbers to verify along with the service to be provided. The messages indicate HILL is managing and arranging commercial sex dates for MV to engage in for a monetary profit.

| HILL | You had a whole outcall blowing up my phone[13] |
|---|---|
| MV | He never sent a deposit |
| HILL | A nigga Apple paid me wym |

---

[11] Based on training and experience, I know "FT" means "FaceTime" which a video feature is used on a cellphone device.

[12] Based on my training and experience, I know that traffickers often require their victims to "verify" that the sex purchaser is a real person and is not a law enforcement officer.

[13] Based on my training and experience, I know an "outcall" refers to when a victim is transported by a trafficker or sent on their own to an outside location to engage in commercial sex.

| MV | U DIDN'T wake me up and even lmk |
| HILL | I tried waking you since 6:30. I can't force someone to wake up and get some money. It's cool tho |
| HILL | 5047393722 |
| HILL | Google dou verify this person. Qv 200 outcall |
| HILL | Google duo verify . 2 bands for 3 hrs. 504-505-8866 |
| HILL | Overnight |
| HILL | You going to call? |

26. The messages below were reviewed from January 28, 2025 which is the day MV was recovered by law enforcement. Messages indicate HILL sent MV the UC phone number and instructed MV to "FT[14] this number" and "Outcall for 500".

| MV | Can u bump my ads[15] |
| HILL | 2813871171 FT this number Outcall for 500 |
| MV | Idk how I feel about this |
| HILL | You okay? |
| HILL | ? |
| HILL | Your phone off? |
| HILL | Baby |

27. On July 29, 2025, DPS SA Garza was contacted by DPS CID Special Agent James Sears, assigned to Human Trafficking, who informed SA Garza that SA Sears was actively

---

[14] Based on training and experience, I know "FT" means "FaceTime" which a video feature is used on a cellphone device.
[15] Based on my training and experience, this indicates that HILL was responsible for handling MV's sex advertisements and managing / controlling MV's productivity and schedule.

attempting to locate HILL for a sex trafficking arrest warrant out of Georgia. SA Garza also learned from SA Sears, that after MV was recovered, the HT squads developed intelligence that HILL was transporting multiple victims, including juveniles, to an area in Dallas. The HT squad was able to identify the location where the victims were transported to and were able to safely recover all victims.

28. SA Garza learned from SA Sears that HILL was later arrested and was ordered to wear an ankle monitor after HILL bonded out of Dallas County Jail. SA Sears informed SA Garza that on July 29, 2025, Dallas County informed SA Sears that the ankle monitor stopped transmitting data in May 2025, and it appeared the ankle monitor had been removed.

29. On July 29, 2025, SA Garza authored three affidavits for Arrest Warrants for HILL for the offenses of Trafficking of a Child to Engage in Sexual Conduct, Compelling Prostitution under 18 years old, and promotion of prostitution under 18 years old. SA Garza presented the affidavits to Galveston County Justice of the Peace Judge Gregory Rikard. Judge Rikard signed all three affidavits and provided SA Garza the arrest warrants on HILL.

30. On July 30, 2025, SA Garza submitted the three arrest warrants to the Galveston County Sheriff's Office for entry into TCIC.

31. On July 30, 2025, SA Garza was notified by SA Sears, that a verified tip from FBI North Carolina provided HILL's location.

32. On July 31, 2025, members of the DPS Houston Human Trafficking squads, along with members of the Galveston County Sheriff's Office Fugitive Apprehension Division, located and arrested HILL after HILL attempted to evade from law enforcement.

33.     Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Larry Zavon Hill with a violation of Title 18, United States Code, Section 1591- Sex Trafficking of children.


*Brianna Reese*

Brianna Reese
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to telephonically on this 15th day of June 2026, and I find probable cause.


The Honorable Andrew M. Edison
UNITED STATES MAGISTRATE JUDGE